**Deon LOVE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41973.**

Missouri Court of Appeals,
Western District.

Dec. 5, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1990.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).